**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alexia Cabanillas, et al., | No. CV-20-00894-PHX-MTL |
| Plaintiffs, | **ORDER** |
| v. | |
| 4716 Incorporated, et al., | |
| Defendants. | |

Before the Court is Plaintiffs' Motion for Leave to File a First Amended Complaint. (Doc. 35.) Plaintiffs move to file a First Amended Complaint "to correctly reflect the name of all Plaintiffs who have consented to join this action, changing the singular to the plural forms when referring to Plaintiffs, and name four individual defendants pursuant to Fed. R. Civ. P. 15(a)(2)." (*Id.* at 3.) For the following reasons, the motion is granted.

The deadline to amend pleadings in this case was October 19, 2020. (Doc. 25 at 1.) Plaintiffs filed the pending motion on that same day. (Doc. 35.) Defendants have not timely filed a response or otherwise indicated opposition to the motion. *See* LRCiv 7.2(i) (If "counsel does not serve and file the required answering memoranda, . . . such non-compliance may be deemed a consent to the denial or granting of the motion and the Court may dispose of the motion summarily."). Further, Rule 15(a)(2) of the Federal Rules of Civil Procedure is a liberal rule, stating that "[t]he court should freely give leave [to amend] when justice so requires." The Ninth Circuit Court of Appeals has stated, "[c]ourts may decline to grant leave to amend only if there is strong evidence of 'undue delay, bad faith

or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, [or] futility of amendment, etc.'" *Sonoma Cty. Ass'n of Retired Employees v. Sonoma Cty.*, 708 F.3d 1109, 1117 (9th Cir. 2013) (citing *Foman v. Davis*, 371 U.S. 178, 182 (1962)). Finding no strong evidence of these factors,

**IT IS ORDERED granting** the Plaintiffs' Motion for Leave to File a First Amended Complaint. (Doc. 35.) Plaintiffs must file a separate clean copy of the First Amended Complaint within **seven days** of the date of this Order.

**IT IS FURTHER ORDERED** that existing defendants must file their responsive pleadings **no later than 14 days** after the filing of the First Amended Complaint (*see* Fed. R. Civ. P 15(a)(3)). Any new defendants must file their responsive pleadings in accordance with Fed. R. Civ. P. 12(a).

**IT IS FINALLY ORDERED** that Defendants' Motion to Compel Arbitration and Stay or Dismiss the Action (Doc. 8), Defendants' Motion to Compel Opt-In Plaintiff Christen Ingram to Arbitration (Doc. 19), Defendants' Motion to Compel Opt-In Plaintiff Graciela Garcia to Arbitration (Doc. 28), Plaintiff Kristen Ellis' Notice of Motion and Motion for Conditional Certification and Issuance of Notice Pursuant to Fair Labor Standards Act, 29 U.S.C. § 216(b) (Doc. 29), are **denied as moot**.

Dated this 1st day of December, 2020.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge