**BURCH & CRACCHIOLO, P.A.**
1850 NORTH CENTRAL AVENUE, SUITE 1700
PHOENIX, AZ 85004
TELEPHONE 602.274.7611

John D. Curtis II, SBA #019726
jcurtis@bcattorneys.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alexia Cabanillas, an individual; Kristen Ellis, an individual; Christen Ingram, an individual; Gabriela Garcia, an individual,<br><br>Plaintiffs,<br>v.<br><br>4716, Inc., dba Hi Liter Gentlemen's Club, an Arizona Corporation; Frank Zanzucchi, an individual; Jason Brown, an individual; John Zanzucchi, an individual; William V. Zanzucchi, an individual; Paul Johnson, an individual, inclusive,<br><br>Defendants. | Case No.  20-cv-00894-PHX-MTL<br><br>**DEFENDANTS' RENEWED MOTION TO COMPEL PLAINTIFFS CABANILLAS, INGRAM AND GARCIA TO BINDING ARBITRATION** |

Defendants 4716, Inc., dba Hi Liter Gentlemen's Club, Frank Zanzucchi, Jason Brown, John Zanzucchi, William V. Zanzucchi and Paul Johnson ("Defendants"), by and through counsel undersigned, hereby move to compel named Plaintiffs Alexia Cabanillas, Christen Ingram and Gabriela Garcia to adjudicate their claims against Defendants by way of private, binding arbitration as agreed in their contracts with Defendant 4716, Inc. Plaintiff Kristen Ellis entered into an agreement waiving her ability to participate in a collective action but elected to opt out of binding arbitration.  Thus, the present Motion to Compel is not applicable to her.

**Procedural History**

The present claims were initially brought only by Plaintiff Alexia Cabanillas. [DKT 1].  Over the course of several months the other named plaintiffs consented to join.

[DKT 6-1 (Ellis), DKT 6-2 (Ingram) & DKT 27-1 (Garcia)].

Each Plaintiff, other than Ms. Ellis, entered into Entertainment License Agreement ("ELA") upon beginning work at Hi Liter Gentlemen's Club. The ELAs contained binding arbitration provisions and waivers of participation in collective or class actions. Accordingly, Defendants moved to compel all three to arbitration.  [DKT 8 (Cabanillas), DKT 19 (Ingram), DKT 28 (Garcia)]. None of the three Plaintiffs contested that their claims were subject to arbitration per the ELA.  [DKT 10 (Cabanillas), DKT 21 (Ingram) & DKT 33 (Garcia)].  The Court, however, struck all three of Defendants' Motions to Compel Arbitration as moot when it granted Plaintiffs leave to file their First Amended Complaint.  [DKT 41].

The only issues to be decided for the three Plaintiffs subject to binding arbitration are the contentions of Ms. Cabanillas and Ms. Garcia that the portions of the ELA allocating fees and costs incurred during their respective arbitrations be stricken.[1]  [DKT 10 (Cabanillas) & DKT 33 (Garcia)].

Rather than reiterate the arguments previously made respecting the requirement that Plaintiffs Cabanillas, Ingram and Garcia be compelled to arbitrate their claims and respecting the costs and fees allocations in the ELA, Defendants hereby re-urge their previously filed Motions.  Accordingly, Defendants respectfully request that the Court consider and decide the previously filed Motions to Compel Arbitration.  [DKT 8, 19 and 28.]

Dated this 17th day of December, 2020.

**BURCH & CRACCHIOLO, P.A.**

By  *s/ John D. Curtis II*
John D. Curtis
1850 North Central Avenue, Suite 1700
Phoenix, AZ 85004
*Attorneys for Defendants*

---

[1] Ms. Ingram's ELA did not contain a provision allocating a portion of the costs of arbitration to her.

2

### **CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of December, 2020, I electronically transmitted this document to the Clerk of the United States District Court for the District of Arizona by using the CM/ECF System for filing and transmittal to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be mailed to those indicated as non-registered participants.

Samuel R. Randall
RANDALL LAW PLLC
4742 North 24th Street, Suite 300
Phoenix, AZ 85016
srandall@randallslaw.com
*Attorneys for Plaintiffs*

Jarrett L. Ellzey (*pro hac vice*)
HUGHES ELLZEY, LLP
1105 Milford Street
Houston, TX 77066
jarrett@hughesellzey.com
*Attorneys for Plaintiffs*

John P. Kristensen (*pro hac vice*)
KRISTENSEN LLP
12540 Beatrice Street, Suite 200
Los Angeles, CA 90066
john@kristensenlaw.com
*Lead Attorneys in Charge for Plaintiffs*

By:  s/ *Melanie A. Wright*